188 So. 924

**John HENDERSON et al. v. E. L. NOLAND.**

**6 Div. 425.**

Court of Appeals of Alabama.
April 20, 1939.

**PER CURIAM.**

Appeal dismissed for want of prosecution.

177 So. 921

**Lula HENDERSON v. STATE.**

**4 Div. 383.**

Court of Appeals of Alabama.
Nov. 16, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

186 So. 919

**Walter HEREFORD v. STATE.**

**8 Div. 756.**

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

189 So. 921

**Jesse E. HERRING v. STATE.**

**6 Div. 433.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

184 So. 915

**Lester HERRINGTON v. STATE.**

**4 Div. 464.**

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

189 So. 921

**Frank HICKMAN, Jr., v. STATE.**

**6 Div. 444.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.